IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR447 |
| | ) | |
| AMBER J. JOHNS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR449 |
| | ) | |
| JEREMY NANCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

**IT IS ORDERED** that the jury trial now set for March 10, 2009 is cancelled. A new trial date will be set in accordance with the Speedy Trial Act after the court rules on the government's pending motions to consolidate trials.

**DATED February 26, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**