IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR447** |
| vs. | ) | |
| | ) | **ORDER** |
| **AMBER J. JOHNS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter was consolidated for trial with Cases Nos. 8:08cr444 (Charles E. Nelson) and 8:08cr449 (Jeremy Nance). By order entered March 23, 2009, the consolidated cases were set for trial to begin on Tuesday, June 9, 2009. Defendant retained substitute counsel, who entered their appearances on June 3, 2009. The defendant now requests that the trial be continued, based on the possible need to file pretrial motions and conduct plea negotiations.

    This is one of 12 related cases which were progressed on a lengthened schedule to accommodate the need for filing pretrial motions. That deadline expired on February 23, 2009. Considering the record as a whole, the court finds ends of justice would not be served by granting the requested continuance.

    **IT IS ORDERED** that defendant's Motion to Continue Trial (Doc. 45) is denied.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than June 4, 2009.

    **DATED June 3, 2009.**

                                          **BY THE COURT:**

                                          s/ F.A. Gossett
                                          **United States Magistrate Judge**